E-filing

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Clark           Raymond         Donald
      (Last)          (First)         (Initial)

Prisoner Number  D-99370

Institutional Address  P.O. Box #5005, D-5 #132, Delano, CA. 93216

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond Donald Clark
(Enter the full name of plaintiff in this action.)

vs.

John F. Schuck

(Enter the full name of the defendant(s) in this action)

Case No. _____ JW

(To be provided by the Clerk of Court)

COMPLAINT UNDER THE (PR)
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement  N.K.S.P.

   B.   Is there a grievance procedure in this institution?

        YES (X)    NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?

        YES ( )    NO (X)

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

1. Informal appeal  N-A

2. First formal level  N-A

3. Second formal level  N-A

4. Third formal level  N-A

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. Complaint Concerns Criminal Malpractice and Obstruction of Justice and Conspiracy to Commit the same by an attorney Prevaricating for another attorney

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Raymond Clark, P.O. Box #5005, D-5, #132, Delano, CA. 93216

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

John F. Schuck, Court Appointed Appellate Lawyer - Palo Alto

COMPLAINT                           - 2 -

1
2
3
4
5  III.  Statement of Claim.
6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 In April-08, Pettifogger "Schuck" said he lacked records to file opening
11 brief on my behalf, requested me to inform him "As A Pro Per" of any appeal
12 Issues - wherefore I sent "Schuck" 7 page Summary Complete with verified state-
13 ment of facts - affidavit of Specific Negative averments - Plus 4's ripe issues
14 Prepared for appeal with Controlling Authorities - And Post Conviction Motion for
15 Arrest of Judgement and State Bar findings that the Complaining District Attorney
16 was not licensed with the State Bar of California - And its Conclusion that
17 the Acts of the Phony Prosecutor where Grounds for Criminal Appeal and civil
18 damages - Pettifogger "Schuck" literally called Plaintiff and State Bar Employees
19 liars - And has conspired with court clerks "Joseph Lane + E. McClintock"
20 to Protect the Phony District Attorney "Audrew M. Bussia" in Rico Conspiracy
21 to obstruct Justice - deny my federal grounds for appeal under the Color
22 of State Law.
23 IV.  Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 Five (5) Million dollars damages for Criminal Malpractice and Engaging
27 in Rico Conspiracy Treble damages and Punitive damages because
28 Said Pettifogger is abrogating my only meaningful Petition

COMPLAINT                                    - 3 -

1  for Redress available to me at No cost, and Supplemental
2  Jurisdictional Compensation as Provided by Cal-Penal Code § 661
3  removal from appellate lawyer list of Pettifogger John F.
4  Schuck. Court Costs and Attorney fees !

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this __15__ day of __May__, 20__08__

  *Raymond D. Clark*
  (Plaintiff's signature)

COMPLAINT                                      - 4 -

"AFFIDAVIT OF DUE DILIGENCE"

The following facts are true of my own Personal knowledge and if called to the stand I could competently testify thereto re: God Almighty that:

1. On April 24, 2008, I sent the document known as Certificate of Funds in Prisoners Account to the inmate trust office.

2. The trust officer at North Kern State Prison refused to return the completed for to me.

3. I sent a "GA-22" request for interview to the inmate trust office detailing that I'm required to return Certificate of Funds to the Court to file my court action.

4. The Trust officer has refused to return said document, and has declined also to answer my "GA-22" request for interview.

5. Nothing I do, and No One I speak to seems to want to put forth any effort to aid my filing Pre-requisites in this matter.

6. I have done all I can possibly due as one that does not wear the badge of state authority, to comply the informa Pauperis Statutes to No avail.

7. Do to the urgency of the circumstances I must respectfully request that the court waive this requirement or order the institution to furnish the same in its official capacity. "I declare that the foregoing is true and correct under the Penalty of Perjury 28 U.S.C.A. §1746."

Witnessed by:                          Respectfully Submitted
/s/ Ronald Lockridge                    /s/ Larmond D. Clark
Ronald Lockridge                        Plaintiff - Affiant

Date: May 15, 2008

"AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT"

One living, sentient, free will, natural man known as Raymond Donald Clark, acting with rights granted by life, and upheld by all valid and just law, declares and attests that the following is true, correct and complete re: God Almighty.

#1. I am incarcerated at North Kern State Prison in Delano, CA.

#2. That I've been unduly ostracized from the Prison law library for some unknown reason by an undisclosed party or parties.

#3. That because of my Poverty and incarcerated status and the lack of access to the Prison law library, I can only forward back to this Court the Single Copy of the attached 42 U.S.C. §1983 Civil Rights Complaint mailed to me by the clerk on 4-16-08.

#4. I am unable to Xerox this Complaint and have no Ancillary Support whatsoever.

#5. And this institution's legal staff does not allow Third Parties to Sign for legal copies of another Court Proceeding. i.e. "Steve Wallins".

#6. This affidavit constitutes a specific negative averment under the federal rules of Civil Procedure Rule "9(a)".

I declare that the foregoing is true and correct under the penalty of Perjury.

Date May 15, 2008                    /s/ Raymond D. Clark
                                              Affiant

PROOF OF SERVICE BY MAIL

Re: People v. _____, Case No. ____ _____

I, _Raymond Clark_, declare that am a resident of the County of Los Angeles, over the age of ) years, a citizen of the United States and ~~not~~ a party to the wit in action. My address is ~~441 Bauchet Street, Los Angeles, California 90012.~~ P.O. Box 5005, D-5, 13C, Delano, CA. 93216

I served the attached _____ 42 U.S.C. § 1983 Civil Rights Complaint _____ by placing a true copy thereof in a sealed envelope with postage fully prepaid in the United States mails at Los Angeles, California addressed as follows:

U.S. District Court
450 Golden Gate Ave.
San Francisco, CA. 93216

on the _15_ day of _May_, ~~19~~ 2008

I, _Raymond Clark_, declare under the penalty of perjury that the foregoing is true and correct.

Executed this _15_ day of _May_, ~~19~~ 2008, at Los Angeles, California.

_____
Raymond D. Clark
Declarant.

DAH:phh
060491
LAMCJ           PROOF OF SERVICE BY MAIL

Raymond Clark -V-71570
P.O. Box 5005
Delano. CA. 93216

RECEIVED
MAY 19 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



United States District Court
450 Golden Gate Avenue
San Francisco. CA. 94102

**NORTH KERN STATE PRISON
DELANO, CALIFORNIA**

Legal Mail

Confidential C.C.R. 3141(c)