E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond D. Clark
　　　　　　　Plaintiff,

vs.

John F. Schuck
　　　　　　　Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Raymond Clark, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I was on County disability prior to Incarceration_
5  _____
6  _____
7  2.      Have you received, within the past **twelve (12)** months, any money from any of the
8  following sources:
9       a.   Business, Profession or           Yes ____ No ✗
10           self employment
11      b.   Income from stocks, bonds,        Yes ____ No ✗
12           or royalties?
13      c.   Rent payments?                    Yes ____ No ✗
14      d.   Pensions, annuities, or           Yes ____ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ____ No ✗
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.      Are you married?                   Yes ____ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   N-A _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ____ No  X
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No  X
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ____ No  X  (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ____ No ____ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ____ No ____
20  _____
21  8.   What are your monthly expenses?
22  Rent: $  N-A  _____   Utilities: _____
23  Food: $  N-A  _____   Clothing: _____
24  Charge Accounts:
25  Name of Account         Monthly Payment         Total Owed on This Acct.
26  N-A _____          $ _____            $ _____
27  _____              $ _____            $ _____
28  _____              $ _____            $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  $800.00 Restitution
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  May 15, 2008                    Raymond D. Clark
17      DATE                         SIGNATURE OF APPLICANT