Page One

RAYMOND CLARK #D-99370
P.O. Box #5005, D-5, #132 Low
Dolan, CA. 93216
___ Pro-Se ___

**FILED**

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT. FOR
THE NORTHERN DISTRICT OF CALIFORNIA
FILE NUMBER CV-08-2547 JW (PR)

RAYMOND CLARK, Plaintiff

Vs.

JOHN F. SCHUCK, Defendant,

Ex-Parte Motion To
Proceed In Forma Pauperis
Civil L.R. 7-10 (a)

TO: THE HONORABLE PRESIDING JUDGE in the above-
entitled case the Plaintiff Raymond D. CLARK, hereby
moves this Honorable court for an Order Permitting
him to Prosecute this case in forma Pauperis as a
Poor Person without Prepayment of fee's and court
costs. Pursuant to Civil L.R. 7-10 (a), and 28 U.S.C.
#1915, P.L.R.A. notwithstanding.

The motion is based upon the fact that Plaintiff
is indigent in the manner Promulgated in: Bounds
v. Smith, 430 U.S. 826-827-828, and without income or
assets. Plaintiff is unemployed, and has not received
any Gifts or Gratuity whatsoever with the last 180 days.
see: Plaintiff's "Affidavit" annexed as "Exhibit "A".

Plaintiff diligently undertook all Pre-requisites to comply
with Prison Litigation Reform Act of 1995. see "Exhibit "B" trust
account statement." but Plaintiff's Efforts were thwarted by
Prison Staff to deny Plaintiff access to the court, and to "Redress".
I declare that the foregoing is true under Penalty of Perjury.

Date: June 04, 2008

/s/ Raymond Clark
Raymond Clark Plaintiff

Page two

Exhibit "A"

# Affidavit Of Raymond D. Clark

1  One living sentient freewill natural man know as:

2  Raymond D. Clark acting with rights granted by Life and

3  upheld by all valid and just law declares and attests that

4  the following facts are true, correct, and complete the truth,

5  the whole truth re: God Almighty, and if called to the stand

6  I could competently testify thereto that:

7  #1. I filed several "602" Grievance Appeals at North Kern State

8  Prison, unrelated to the case at bar in this court, for

9  unprofessional conduct, reckless negligence, excessive

10  force, unnecessary force, denial of medical treatment, etc.

11  #2. Each and Every "602" Grievance was duly Granted by

12  Associate Warden "A. Briggs" and/or Chief Medical officer

13  "Dr. A. Youssef's".

14  #3. One of said "602" Appeals Granted on March 24, 2008, is

15  before the Honorable David Lampe, Judge of dept. 212 of

16  the Kern County Superior Court, for reimbursement of $580.00

17  for allegedly lost Law books, by Prison Guard "Pearson", in

18  Case number #C010608A now Pending.

19  #Plus "4. Plaintiff has made exactly three separate "GA-22"

20  Request for trust account statements.

21  #Each and Every Request has been the object of willful

22  failure to Perform duty Enjoined by Law. Cal. Govt Code 1222

23  violation of Fiduciary Trust to shield fellow Employees of

24  N.K.S.P. from Judicial Process.

25  #6. I received the last 28 U.S.C. #1915 P.L.R.A. Informa Pauperis

26  Application and trust account Certification on 5-27-08, and

27  was submitted to Prison Trust Office on 5-27-08, who has refused

28  to complete and return it to Plaintiff. See "Exhibit "C".

I declare that the foregoing is true under Penalty of Perjury.

Date: June 04, 2008                    /s/ Raymond D. Clark-Affiant

STATE OF CALIFORNIA
GA-22 (9/92)

~~DEPARTMENT OF CORRECTIONS~~                                    DEPARTMENT OF CORRECTIONS

| DATE | TO | | FROM (LAST NAME) | | CDC NUMBER |
|------|-----|---|---|---|---|
| 3-24-08 | Accounting | | CLERK | | D-99370 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|-----------|-----------------|-----------|---|
| D-2 | 121UP | H-B | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|------------------------------------------|------------------|---|
| H-B | FROM | TO |

## Clearly state your reason for requesting this interview.
**You will be called in for interview in the near future if the matter cannot be handled by correspondence.**

Please Send Me A Copy of Current Trust Account
Balance - Because I did not make the Canteen list - Nor the
Indigent Envelope Either "P.S" Something Le Wrong ???

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY                    Espiritu                        DATE  3/25/08

DISPOSITION                       Please see attached.

Trust Officer

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY


-- ------------- ACCOUNT INFORMATION ------------- ------ SPECIAL ITEMS -------


  ACCOUNT NUMBER: D99370
    ACCOUNT NAME: CLARK, RAYMOND
    ACCOUNT TYPE: I
CURRENT BALANCE:        0.00
   HOLD BALANCE:        0.00
  ENCUM. BALANCE:       0.00
      AVAILABLE:        0.00
PRIVILEGE GROUP: U
   LAST CANTEEN:
----------------------- ACCOUNT TRANSACTIONS -----------------------TS210CA
   DATE   TRAN  AMOUNT       DESCRIPTION    CHECK NUM    COMMENT      BALANCE
 -------- ---- ----------- --------------- ----------- ----------- -----------
 02/22/08 DD30        0.02 CASH DEPOSIT ON               2483LAJAIL       0.02
 02/27/08 W502        0.02- POSTAGE CHARGE               2552/POSTA       0.00



PAGE#     1 OF    1 PAGES


  REST    ACCOUNT  PREVIOUS    NEXT         DISPLAY  SELECT    PRINT     MAIN
  FINES   DISPLAY   PAGE       PAGE          HOLDS   NEW ACCT  SCREEN    MENU
```

*EXIBIT "B"*

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| CLARK | D-99370 | Reception Center | W-5 #132 |

**A. Describe Problem:** Prison Accountant "Espiritu" has intentionally failed to complete and return my 28 U.S.C. §1915 Trust Account Certification sent to that office in April 2008, and May 2008, in violation of Government Code §1222 and Title 15 §3162(a) thus impeding access to the Court in Case Number 08-2547 JW (PR).

_____

_____

_____

If you need more space, attach one additional sheet.

**B. Action Requested:** Complete and Forward the same 28 U.S.C. §1915 Trust Account Certifications To The United States District Court, 450 Golden Gate Ave., San Francisco, CA. 94120 Case No. CV-08-2547 JW (PR). "A.S.A.P." or Within 7 days of this appeal. or $500.000.ºº compensation

**Inmate/Parolee Signature:** Raymond Clark   **Date Submitted:** 6-04-08

**C. INFORMAL LEVEL (Date Received: _____ )**

Staff Response: _____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

Conformed Copy
Original Filed
June 04, 2008
/s/ Raymond Clark

CDC Appeal Number:

Page 3

1   UNITED STATES DISTRICT COURT. FOR THE
2   NORTHEN DISTRICT OF CALIFORNIA. File No. 08-2547

3
4   RAYMOND CLARK. Plaintiff          Proposed Order Granting
                                      Motion To Proceed In
5            Vs.                      Forma Pauperis . et seo.
6   JOHN F. SCHUCK. Defendant,

7
8      IT IS HEREBY ORDERED. that based on the Ex-Parte
9   Motion. and affidavit of Plaintiff Raymond D. Clark.
10  and Civil L.R. 7-10(a). Good Cause having been
11  Proven that the Plaintiff is herein Granted Permission to
12  Proceed in the Prosecution of Complaint " CV-08-2547 JW CPR.
13  In forma Pauperis. without Pre-Payment of fees.
14     IT IS FURTHER ORDERED. that from this time forward
15  Partial fees shall be deducted from the Plaintiffs trust
16  account as the become available. and Paid to clerk of
17  this court.
18
19
20  It is so Ordered.              /s/ _____
21                                  U.S. District Judge.
22
23
24  Date:
25
26
27
28

PROOF OF SERVICE BY MAIL

I, Raymond Clark, declare that I am the Plaintiff and Movant in this action, and that I mailed the attached motion and Affidavit to Proceed In forma Pauperis in Case No. CV-08-2547 JW (PR) by Placing the same in an Envelope with first class Postage Pre-paid addressed to:

Clerk, U.S. District Court
450 Golden Gate Ave.
San Francisco, CA. 94102

Executed this 4th day of June 2008, at N.K.S.P. Delano, CA. 94102.

I declare that the foregoing is true and correct under Penalty of Perjury.        28 U.S.C.A § 1746

/S/ Raymond Clark

Raymond Clark
P.O. Box #5005, D-5, #132
DeLano, CA. 93216

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

05 JUN 2008  PM 3 T

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Legal Mail                    Confidential C.C.R. § 3141(c)                    Legal M