1  Raymond Clark #D-99370
2  P.O. Box #3417, 3C1-214 low
3  Corcoran, CA 93212-3417
      Pro-Se

FILED
08 JUN 13 PM 12:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  UNITED STATES DISTRICT COURT FOR
6  NORTHERN DISTRICT OF CALIFORNIA

8  RAYMOND CLARK, Plaintiff,           Case No. CV-08 2547 JW (PR)
9
10     Vs.                              NOTICE OF CHANGE OF
11 JOHN T SCHUCK, Defendant,            ADDRESS NOTICE

12
13  Please take notice that the Plaintiff in this action was
14  transferred to Corcoran State Prison, without notice on
15  June 9, 2008, almost immediately after serving "Espiritu"
16  Trust Officer for North Kern State Prison, with a "602" Grievance
17  for willful failure to perform duty enjoined by law, es sign
18  and return 28 U.S.C. §1915 certification of Prisoner Trust
19  Account Statement, which was "Simultaneously" served to
20  this court on June 4, 2008.

21      Plaintiff has twice Performed all duties which he could
22  within reason, and under his power to secure the In forma
23  Pauperis filing decreed under the 1995 P.L.R.A.
24

26  I declare that the foregoing is true and correct under
27  the Penalty of Perjury.  28 U.S.C.A. §1746, and 2071 et seq.
28  Date: June 10, 2008                    /s/ Raymond Clark

Proof Of Service By U.S. Mail

I, Raymond Clark, declare that I am the Plaintiff in this cause of action, and that immediately after being rehoused to another institution I mailed the attached "Change Of Address" notice to the court by placing the same in an envelope with first-class postage pre-paid addressed to:

United States District Court
450 Golden Gate Ave.
San Francisco, CA. 94102

Executed this 10th day of June 2008, at Corcoran State Prison, Corcoran, CA. 93212-3417

Respectfully Submitted
/s/ Raymond Clark

Raymond Clark T-99370
C.S.P.-COR. 3C1-214 low
P.O. Box #3471
Corcoran, CA. 93217-3417

CORCORAN STATE PRISON

CLER. U.S.-District Court
450 Golden Gate Ave.
San Francisco. CA. 94102

Legal Mail