**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CLARK,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN F. SCHUCK,<br><br>    Defendant. | No. C 08-02547 JW (PR)<br><br>ORDER DIRECTING PLAINTIFF TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION; INSTRUCTIONS TO CLERK |

      On May 20, 2008, plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983.  On that same day, plaintiff filed an application to proceed in forma pauperis.  However, the application was deficient as plaintiff failed to submit the following with the application: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and 2) a copy of plaintiff's trust account statement showing transactions for the last six months.  Therefore, the clerk of the Court sent plaintiff a notice on the same day directing him to file the missing documents within thirty days to avoid dismissal of the action.

      On June 9, 2008, Plaintiff filed another motion to proceed in forma pauperis, but failed to provide the missing documents.  The statement he provided only shows the current trust account balance, which does not comply with the requirements set

Order Directing P to file Complete IFP Application
P:\PRO-SE\SJ.JW\CR.08\Clark2547_ifp-def.wpd

1  forth above.

2      Plaintiff is ordered to file the above documents with the Court to complete the

3  in forma pauperis application no later than **thirty (30) days** from the date of this

4  order, or in the alternative, to pay the full filing fee.

5      The clerk of the Court is instructed to attach a copy of the court's In Forma

6  Pauperis Application, which includes a Certificate of Funds in Prisoner's Account

7  form, to this order to plaintiff.

8      **Failure to do comply with this order in the time provided will result in**

9  **the dismissal of the case without prejudice without further notice to Plaintiff.**

11  DATED:   June 30, 2008

                        JAMES WARE
                        United States District Judge

**United States District Court**
For the Northern District of California

Order Directing P to file Complete IFP Application
P:\PRO-SE\SJ.JW\CR.08\Clark2547_ifp-def.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND D. CLARK,

        Plaintiff,

  v.

JOHN F. SCHUCK,

        Defendant.
                                            /

Case Number: CV08-02547 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   7/9/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Donald Clark D-99370
California State Prison - Corcoran
P. O. Box 8800
Corcoran, Ca 93212

Dated:   7/9/2008

                                    Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's <u>In Forma Pauperis</u> Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.  <u>Non-habeas Civil Actions</u>**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed <u>in forma pauperis</u>, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if <u>in forma pauperis</u> status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.  <u>Habeas Actions</u>**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed <u>in forma pauperis</u> you will not be required to pay any portion of this fee. If you are not granted leave to proceed <u>in forma pauperis</u> you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 2/05)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

|                              )
_____ )
                              )
              Plaintiff,      )   CASE NO. _____
                              )
     vs.                      )   **PRISONER'S**
                              )   **APPLICATION TO PROCEED**
                              )   **IN FORMA PAUPERIS**
                              )
              Defendant.      )
_____ )

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.     Business, Profession or                              Yes ____ No ____
10             self employment
11      b.     Income from stocks, bonds,                            Yes ____ No ____
12             or royalties?
13      c.     Rent payments?                                        Yes ____ No ____
14      d.     Pensions, annuities, or                               Yes ____ No ____
15             life insurance payments?
16      e.     Federal or State welfare payments,                    Yes ____ No ____
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                                          Yes ____ No ____
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____     Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

      b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.     Do you own or are you buying a home?     Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?     Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.     Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No ____ Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No ____

_____

8.     What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ____  No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____        _____

        DATE                                                       SIGNATURE OF APPLICANT

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

**Case Number:** _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
                                                [prisoner name]
_____ where (s)he is confined.
   [name of institution]
    I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated:_____          _____
                                                      [Authorized officer of the institution]