United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND D. CLARK,            )
            Plaintiff,    )   No. C 08-02547 JW (PR)
  vs.                        )
                            )   ORDER DIRECTING PLAINTIFF
                            )   TO FILE COMPLETE *IN FORMA*
JOHN F. SCHUCK,              )   *PAUPERIS* APPLICATION;
           Defendant.    )   INSTRUCTIONS TO CLERK
_____)

      On May 20, 2008, plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. On that same day, plaintiff filed an application to proceed in forma pauperis. However, the application was deficient as plaintiff failed to submit the following with the application: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and 2) a copy of plaintiff's trust account statement showing transactions for the last six months. Therefore, the clerk of the Court sent plaintiff a notice on the same day directing him to file the missing documents within thirty days to avoid dismissal of the action.

      On June 9, 2008, Plaintiff filed another motion to proceed in forma pauperis, but failed to provide the missing documents. The statement he provided only shows the current trust account balance, which does not comply with the requirements set

Order Directing P to file Complete IFP Application
P:\PRO-SE\SJ.JW\CR.08\Clark2547_ifp-def.wpd

forth above.

Plaintiff is ordered to file the above documents with the Court to complete the in forma pauperis application no later than **thirty (30) days** from the date of this order, or in the alternative, to pay the full filing fee.

The clerk of the Court is instructed to attach a copy of the court's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, to this order to plaintiff.

**Failure to do comply with this order in the time provided will result in the dismissal of the case without prejudice without further notice to Plaintiff.**

DATED: June 30, 2008

JAMES WARE
United States District Judge

Order Directing P to file Complete IFP Application
P:\PRO-SE\SJ.JW\CR.08\Clark2547_ifp-def.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND D. CLARK,

        Plaintiff,

  v.

JOHN F. SCHUCK,

        Defendant.

Case Number: CV08-02547 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/9/2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Donald Clark D-99370
California State Prison - Corcoran
P. O. Box 8800
Corcoran, Ca 93212

Dated: 7/9/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk