Page #1

Raymond Clark
C.D.C.# D-99370
Box #3471, 3d-214-L
Corcoran, CA. 93212
Pro-Se.

Court's Copy

FILED
JUL - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT CALIFORNIA

Raymond Clark, Plaintiff,

vs.

JOHN F. SCHUCK, Defendant

Case No. CV-08-2547 JW (PR)

NOTICE AND MOTION FOR RELIEF FROM JUDGMENT ORDER UNDER Rule 60(b)(3) Fed. R. Civ. Proc.

PLEASE TAKE NOTICE, that the PLAINTIFF herein moves the for an order of relief from Judgment entered against him denying Plaintiff permission to proceed informa pauperis, pursuant to rule 60(b)(3)(5) federal rules of civil procedure.

For the record Plaintiff filed a motion to proceed in forma pauperis, which was rejected by the court because of reasons not within the limits of Plaintiffs control and culpability.

Plaintiff submitted two certifications for Inmate Trust Account STATEMENT TO "%o ESPIRITU" at Delano, reception center located in KERN COUNTY CALIFORNIA. a.k.a NORTH KERN STATE PRISON. However "%o Espiritu" apparently exercising some personal and/or unwritten institution policy refused comply which the informa pauperis provisions of P.L.R.A. and Title 28 U.S.C.§ 1915 et. seq.

Whereas on order of the court Plaintiff attempted to compel "%o Espiritu" by "602" Grievance Process on June 4, 2008, a true copy of which was served on this court with another motion to proceed

informa pauperis exparte under local rule 3-10 of L.R. for the northern district court. PLAINTIFF WAS TRANSFERED TO CORCORAN STATE PRISON on June 9, 2008, and Notified this court of said Transfer on June 10, 2008, in accordance with local rule 3.11...

The ultimate reasons for the Plaintiff Non-compliance were State representatives e.g. "Lo Espiritu" willful failure to Perform duty Enjoined by California Government Code §1222, and Plaintiff should as a matter of right be Granted relief Pursuant to rule 60(b) F.R.C.P. and Cal. Gov't Code §1222.

GROUNDS FOR RELIEF

One federal Circuit Court of Appeal Established Precedent In Situations concerning the Subject matter and the extrinsic activities thereof. Holding: WHEN PRISON OFFICIALS IMPEDE THE GRIEVANCE PROCESS. Administrative Remedies have been EXHAUSTED in MILLER v. TANNER. ___ F.3d ___. (1999).

Under rule 19(a)(2)(i), Joinder of Persons Needed for Just Adjudication. under this rule "Lo Espiritu" NON-Party may be Joined - for Impeding access to court, whether or Not he or She done so, at the Express request of defendant John F. Schuck. because the state tort of willful failure to Perform duties enjoined by law, under Cal. Government §1222 and actionable under 42 U.S.C. §1983.

Denial of access to Constitutional right of access to courts is redressable under 42 U.S.C. §1983.

MEMORANDUM OF POINTS AND AUTHORITIES

1.) Action based on negligence when it leads to a deprivation of rights Jenkins v. Averett. 424 F.2d. 1228.

Page 3

2.) In respect to filing Papers such as 28 U.S.C.S. 1915, "% Espiritu" has no discretion that merits immunity. the act is mandatory Cal. Government Code sections 1220, 1221, 1222 et. seq. associated with the court system. cf. <u>McCray v. Maryland, 456 F.2d. 1. (1972)</u>

3.) "% Espiritu" failure to file and return Trust Account Statement twice is a Patern of Patented violation of Constitutional rights. Protected by the Fourteenth Amendment. cf. <u>California Motor Transport Co. v Trucking Unlimited, 404 U.S. 508, 92 S. Ct. 609, 30 L.Ed. 2d. 642 (1972)</u>

### RELIEF REQUESTED

For the reasons stated above, and the supporting memorandum of Points and authorities. Plaintiff respectfully request to enjoin "% Espiritu" in her individual capacity pursuant rule 19, F.R.Civ.P. and Grant Relief as authorized under rule 60(b) et. seq.

I declare that the foregoing is true and correct under the Penalty of Perjury. 28 U.S.C.S. 1746

Date: June 30th, 2008

Respectfully Submitted

/s/ Raymond Clark

PLAINTIFF
Raymond Clark

To: The Court Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA. 94002

Re: Civil Rights Complaint
42 U.S.C. § 1983

Dear Sir or Ms,

I'm am a 55 year old inmate at Corcoran State Prison and have been unceasingly denied access to the courts. I have researched the issue fully and have invoked the inmate Grievance Process "602" which like my Forma Pauperis has not been returned. Please send me another 42 U.S.C. § 1983 complaint and In Forma Pauperis Package so I can have County Court compel C.D.C. Trust Officer to complete and return the 6 month Certification of Inmate Trust Account Statement.

THANK YOU
Raymond Clark

June 30, 2008

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, Raymond Clark, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 30th DAY OF June 2008 AT CORCORAN, CALIFORNIA.

(SIGNATURE) Raymond Clark
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I Raymond Clark AM A RESIDENT OF STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON June 30th 2008 IS SERVED THE FOREGOING Rule 60(B) Motion For Relief On Informia Paupers Denial - Request For 42 U.S.C. § 1983
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVE.
San Francisco, CA. 93212

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: June 30th 2008

Raymond Clark
(DECLARANT/PRISONER)

Raymond Clark D-79518
Box #3471, 3C1-214L
Corcoran, CA. 93212

CORCORAN STATE PRISON



STATE PRISON CORCORAN

Legal Mail

United States Northern District Court
450 Golden Gate Avenue
San Francisco, California 94102

Confidential Cal. Code Reg. Title 15 § 3141(c)

9410233661 C004

