Raymond Clark
C.D.C. # D-99370
Box # 3471, 3C1-214L
Corcoran, CA. 93212
Pro-Se

**RECEIVED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

RAYMOND CLARK, PLAINTIFF     Case No. CV-08-2547 JW (PR)
         vs.                  JUDICIAL NOTICE
JOHN F. SHUCK, DEFENDANT     FED. R. EVID. Rule 201 (d)

PLEASE TAKE NOTICE, that the Plaintiff in the above-case hereby moves this court to take its Judicial Notice of the following facts of record in the above-entitled cause of action. And to the following annexed exhibits Pursuant to the Federal Rules of Evidence, Rule 201 (d), and Rule 60 (b)(2), of the Federal Rules of Civil Procedure.

Rule 60 (b)(2), F.R.C.P. Provides in Pertinent Part that: Newly discovered evidence which by due diligence could not have been discovered in time to move for Rule 59 (b) new trial relief.

Plaintiff has at all times and does now maintain he acted in accordance with the requisite due diligence, and zeal incorporated by the federal rules of Civil Procedure.

Plaintiff filed the within action in May 2008, without the entire In forma Pauperis Package, due to misconduct of institution employ % Espiritu, willful failure to perform duty enjoined by law. Government Code § 1222.

Pg. 1

1  Institution trust accountant % Espiritu acting on the
2  unconstitutional Provisions of Title 15. Cal. Code of Regulations
3  section 3405. which Provides in Pertinent Part that:
4  "Quote" Employees must not assist an inmate or Parolee in
5      the Preparation of any legal document, or give any
6      form of legal advice or service. "Close Quote" A state
7  Policy of the department of Corrections that impedes
8  access to the courts... In violation of §20, of the Criminal
9  Code. Title 18 U.S.C.S. § 242. United States v. Classic. 313
10 U.S. 299.
11     % Espiritu willful omission to complete and return the
12 Plaintiffs informa Pauperis Trust Account Statement, Impelled
13 him to proceed on motion and affidavit of indigency
14 as a matter of duress and the need for expedited judi-
15 cial Process. which is still imminent.
16     As a matter of P.L.R.A. directives the informa Pauperis
17 filing was denied due to the omission in May 2008, and
18 the court issue another Informa Pauperis 28 U.S.C.§ 1915
19 Package which is appended and made Part of this
20 judicial notice and incorporated by reference by
21 F.R.Civ.P. Rule 10(c). see Exhibit #1.
22     % Espiritu. intentionally invoke C.C.R.§ 3405. and
23 refused to complete and return Plaintiff 28 U.S.C.§ 1915
24 informa Pauperis Package in a timely manner. Please be
25 advised that % Espiritu was informed and advised by
26 "602" on June 4. 2008. that the court set a dead-
27 line for the filing of the 28 U.S.C.§ 1915 Package and
28 willfully failed to complete document once more.

Pg. 2

1. WHEREAS, due to the subsequent omission of C/O Espiritu
2. and court ordered time constraints Plaintiff of necessity
3. filed Ex Parte Motion to Proceed In forma Pauperis on
4. June 4, 2008. under local rule 3-10 (a)(b)(2)(3) of the
5. Northern District Court Rules.
6. When Plaintiff received no response to L-R #3-10 mo-
7. tion, on June 30, 2008, Plaintiff mailed a Rule 60(b)
8. motion for relief for other misconduct of an adverse
9. Party requesting under Rule 19(a) that C/O Espiritu be
10. Enjoined as a defendant and made a Party to the action
11. for conspiring with defendant Schuck to deny Plaintiff
12. access to the court in this instant matter.
13. Approximately Two (2) hours after Plaintiff mailed
14. the above-referenced Rule 60(b) motion, institution
15. staff delivered the belated 28 U.S.C. §1915 In forma
16. Pauperis Package from N-K-S-P. Trust Account Employee C/O
17. Espiritu. Appended herein as Exhibit "1".
18. WHEREFORE, Plaintiff request that the Enter the Exhibit #1
19. NUNC PRO TUNC, as of this 1st day of July 2008, in
20. Case No. CV-08-2547 JW (PR). Grant Permission to now
21. Proceed as a Poor Person Per 28 U.S.C. §1915, without
22. Pre-Payment of fees associated Therein. Issue an order
23. Permitting the U.S. Marshall to Serve defendant Schuck on
24. behalf of the Incarcerate Plaintiff appear Pro-Se in forma
25. Pauperis.
26. I declare that the foregoing is true and correct under Penalty of Perjury
27. Date: July 1, 2008
28. 
Respectfully Submitted
/S/ Raymond Clark
Plaintiff

*ACCT*

1
2               # E-filing
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9
10  *Raymond Clark*
11              Plaintiff,          CASE NO. _____ 2547
12      vs.                         PRISONER'S
                                    APPLICATION TO PROCEED
13  *John F. Schuck*                IN FORMA PAUPERIS        JW
14              Defendant.
15

16      I, *Raymond Clark*, declare, under penalty of perjury that I am the **(PR)**
17  plaintiff in the above entitled case and that the information I offer throughout this application
18  is true and correct. I offer this application in support of my request to proceed without being
19  required to prepay the full amount of fees, costs or give security. I state that because of my
20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am
21  entitled to relief.
22      In support of this application, I provide the following information:
23  1.  Are you presently employed?  Yes ___ No _X_
24  If your answer is "yes," state both your gross and net salary or wages per month, and give the
25  name and address of your employer:
26  Gross: _____  Net: _____
27  Employer: _____
28  _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS

**EXHIBIT #1**

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment      Yes ___ No X

    b.  Income from stocks, bonds, or royalties?      Yes ___ No X

    c.  Rent payments?      Yes ___ No X

    d.  Pensions, annuities, or life insurance payments?      Yes ___ No X

    e.  Federal or State welfare payments, Social Security or other government source?      Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?      Yes ___ No X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4.  a.  List amount you contribute to your spouse's support:$ __N/A__

```
 1        b.    List the persons other than your spouse who are dependent upon you for
 2              support and indicate how much you contribute toward their support. (NOTE:
 3              For minor children, list only their initials and ages. DO NOT INCLUDE
 4              THEIR NAMES.).
 5    None
 6    _____
 7   5.    Do you own or are you buying a home?           Yes ___ No  X
 8   Estimated Market Value: $_____ Amount of Mortgage: $_____
 9   6.    Do you own an automobile?                      Yes ___ No  X
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ___ If so, Total due: $_____
12   Monthly Payment: $_____
13   7.    Do you have a bank account? Yes ___ No X  (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $_____
17   Do you own any cash? Yes ___ No X   Amount: $_____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ___ No X
20   _____
21   8.    What are your monthly expenses?
22   Rent: $    0             Utilities:   0
23   Food: $    0             Clothing:
24   Charge Accounts:
25   Name of Account        Monthly Payment         Total Owed on This Acct.
26       0                  $_____             $_____
27       0                  $_____             $_____
28       0                  $_____             $_____
```

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Restitution_____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ___    No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _5-28-08_____        _Garmand Clark_____
17    DATE                         SIGNATURE OF APPLICANT

Case Number: 08 2547 JW (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Raymond Clark_ for the last six months
[prisoner name]
_North Kern State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __.02__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0__.

Dated: 6-23-08                                    _____
                                                  [Authorized officer of the institution]

-5-

```
REPORT ID: TS3030  .701                              REPORT DATE: 06/24/08
                                                     PAGE NO:         1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                         NORTH KERN STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT


                 FOR THE PERIOD: FEB. 01, 2008 THRU JUN. 24, 2008


ACCOUNT NUMBER  : D99370                BED/CELL NUMBER:
ACCOUNT NAME    : CLARK, RAYMOND        ACCOUNT TYPE: T
PRIVILEGE GROUP:
                           TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
---- ---- -----------   --------  ---------  --------  -----------  -------

02/01/2008   BEGINNING BALANCE                                         0.00

02/22*DD30 CASH DEPOSIT  2483LAJAIL              0.02                  0.02
02/27 W502 POSTAGE CHARG 2552/POSTA                          0.02      0.00



                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/30/90                CASE NUMBER: A987168
COUNTY CODE: LA                         FINE AMOUNT: $    100.00

    DATE      TRANS.   DESCRIPTION                 TRANS. AMT.   BALANCE
    ----      ------   -----------                 -----------   -------

02/01/2008    BEGINNING BALANCE                                    97.54

02/22/08      DR30     REST DED-CASH DEPOSIT           0.01-       97.53

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL       CURRENT     HOLDS      TRANSACTIONS
   BALANCE    DEPOSITS   WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
  ---------   --------   -----------   -------    -------     ------------
    0.00        0.02        0.02         0.00       0.00          0.00

                                                CURRENT
                                               AVAILABLE
                                                BALANCE
                                               ---------
                                                  0.00
                                               ---------
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

```
REPORT ID: TS3030  .701                                REPORT DATE: 06/24/08
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          NORTH KERN STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: FEB. 01, 2008 THRU JUN. 24, 2008



            TOTAL NUMBER OF STATEMENTS PRINTED:            1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:           0.00
```

PROOF OF SERVICE BY MAIL

I, Raymond Clark, declare that I am the Plaintiff to the within action, and that I served upon the court a motion to take Judicial Notice under Rule 201(d) F.R.E., by placing the same in an envelope with first-class postage pre-paid addressed as follows:

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
San Francisco, CA. 94102

Executed on the 1st day of July 2008, in Corcoran, California 93212

Respectfully Submitted
/s/ Raymond Clark
Plaintiff-Declarant

**CSP. NORTH KERN ACCOUNTING**
2737 W. Cecil Ave.
P.O. BOX 567
Delano, Ca. 93216-0567

301-24L

Clark, Raymond D99370
CSP- Corcoran
P.O. Box 8800
Corcoran, CA 93212

C1-24L



UNITED STATES POSTAGE
$00.59°
PITNEY BOWES
02 1M
0004224385  JUN 24 2008
MAILED FROM ZIPCODE 93215

RAYMOND D. CLARK #D99310
BOX #3471, 3C1-214-Low
Corcoran, CA. 93212

CORCORAN STATE PRISON



STATE PRISON CORCORAN

UNITED STATES DISTRICT COURT.
NORTHERN DISTRICT CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO. CA. 94102

LEGAL MAIL

US POSTAGE
Hasler
06/09/2008
$00.00₀
016H2650418S