ORIGINAL
Court Copy

FILED
08 JUL 21 PM 4:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RAYMOND CLARK Plaintiff,

vs.

JOHN F. SHLECK Defendant.

CASE NO. CV08-02547 JW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Raymond Clark, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________________ Net: ______________________

Employer: ______________________________________________

______________________________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? — Yes ___ No X

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N-A

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ____ No X

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No X If so, Total due: $ ______________

Monthly Payment: $ ______________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________

Present balance(s): $ ______________

Do you own any cash? Yes ____ No X Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

8. What are your monthly expenses?

Rent: $ ______________ Utilities: ______________

Food: $ ______________ Clothing: ______________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| N-A | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

VOID ORDER OF RESTITUTION - BEING CONTESTED ON DIRECT APPEAL IN VIOLATION 18 U.S.C. § 3663 et-seq.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 15, 2008 — DATE

Raymond Clark — SIGNATURE OF APPLICANT

SEE EXHIBIT # 1

INDEX TO APPENDIX

EXHIBIT # 1- CURRENT TRUST ACCOUNT PRINT-OUT

EXHIBIT # 1-(b) Six Month Trust Account PRINT-OUT

EXHIBIT # 1 (c) CERTIFICATION OF FUNDS

# EXHIBIT

EXHIBIT

/

REPORT ID: TS3030 .701 REPORT DATE: 07/11/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. STATE PRISON CORCORAN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2008 THRU JUL. 11, 2008

ACCOUNT NUMBER : D99370 BED/CELL NUMBER: 3C0100000000214L
ACCOUNT NAME : CLARK, RAYMOND ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/24/2008 | H118 | LEGAL COPIES HOLD | 5063 06 20 | 3.50 |
| 07/03/2008 | H118 | LEGAL COPIES HOLD | 0048 06 25 | 9.70 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 13.20 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 13.20- |

# EXHIBIT

EXHIBIT

1(b)

REPORT ID: TS3030 .701 REPORT DATE: 06/24/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
NORTH KERN STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU JUN. 24, 2008

ACCOUNT NUMBER : D99370 BED/CELL NUMBER:
ACCOUNT NAME : CLARK, RAYMOND ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/22* | DD30 | CASH DEPOSIT | 2483LAJAIL | | 0.02 | | 0.02 |
| 02/27 | W502 | POSTAGE CHARG | 2552/POSTA | | | 0.02 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/30/90 CASE NUMBER: A987168
COUNTY CODE: LA FINE AMOUNT: $ 100.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 02/01/2008 | | BEGINNING BALANCE | | 97.54 |
| 02/22/08 | DR30 | REST DED-CASH DEPOSIT | 0.01- | 97.53 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.02 | 0.02 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

Exhibit 7 (6)

REPORT ID: TS3030 .701 REPORT DATE: 06/24/08

CALIFORNIA DEPARTMENT OF CORRECTIONS
NORTH KERN STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU JUN. 24, 2008

TOTAL NUMBER OF STATEMENTS PRINTED: 1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS: 0.00

# EXHIBIT

EXHIBIT



Case Number: 08 2547 JW (PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Raymond Clark [prisoner name] for the last six months North Kern State Prison [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ .02 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

Dated: 6-23-08

[signature]
[Authorized officer of the institution]

Exhibit # 1 (C)

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, Raymond Clark DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 16th DAY OF July 2008 AT CORCORAN, CALIFORNIA.

(SIGNATURE) Raymond Clark
(DECLARANT/PRISONER)

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I Raymond Clark AM A RESIDENT OF STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON July 16 2008 IS SERVED THE FOREGOING, 28 U.S.C.A. § 1915 Informa Pauperis Package
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

NORTHERN DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA. 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: July 16 2008

Raymond Clark
(DECLARANT/PRISONER)

RAYMOND CLARK (D-99370)
P.O. BOX 3471, 3C1-214-L
Corcoran, CA. 93212

CORCORAN STATE PRI
LEGAL MAIL
KVSP
07/17/2008
Mailed From 93212
US POSTAGE

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURTHOUSE
450 Golden Gate Avenue
San Francisco, CA. 94102

STATE PRISON CORCORAN

Legal Mail

Legal Mail

Confidential Cal. Code Reg. § 3141(c)

