FILED
08 JUL 23 PM 4:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CLARK          Plaintiff,

vs.

JOHN F. SHILCK         Defendant.

CASE NO. CV08-02547 JW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Raymond Clark, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ N/A _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                    Yes ___  No X
10          self employment
11    b.   Income from stocks, bonds,                 Yes ___  No X
12          or royalties?
13    c.   Rent payments?                              Yes ___  No X
14    d.   Pensions, annuities, or                     Yes ___  No X
15          life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___  No X
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23  3.   Are you married?                              Yes ___  No X
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ N-A _____

_____

5.    Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No _X_ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8.    What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS      -3-

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

VOID ORDER OF RESTITUTION - BEING CONTESTED ON DIRECT APPEAL IN VIOLATION 18 U.S.C. $^2$ 3663 et-seq.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 15, 2008                     Raymond Clark
DATE                              SIGNATURE OF APPLICANT

SEE EXHIBIT # 1

Case 5:08-cv-02547-JW  Document 10  Filed 07/23/2008  Page 5 of 12

INDEX TO APPENDIX

EXHIBIT #1- CURRENT TRUST ACCOUNT PRINT-OUT

EXHIBIT #1-(b) Six Month Trust Account PRINT-OUT

EXHIBIT #1(c) CERTIFICATION OF FUNDS

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, _Raymond Clark_ DECLARE UNDER PENALTY OF PERJURY THAT:
I AM THE _ptly of ccl_ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _18_ DAY OF _July_ 2008
AT CORCORAN, CALIFORNIA.

(SIGNATURE) _Raymond Clark_
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I _Raymond Clark_ AM A RESIDENT OF STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON _7-18_ 2008 IS SERVED THE FOREGOING.
_INFORMA PAUPERIS TRUST ACCOUNT CERT._
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

United States Courthouse
450 Golden Gate Nov.
S.F. CA. 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _7-18_ 2008    _Raymond Clark_
(DECLARANT/PRISONER)

Case Number: CV-08-254 JW (PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Raymond Clark T-49576_ for the last six months
[prisoner name]
_C-S-P-COR, Box 3471, Cor. CA_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_.

Dated: _6/25/08_

_Angela B. McNally_
[Authorized officer of the institution]
_Acct. Clk II_

- 5 -

```
REPORT ID: TS3030  .701                              REPORT DATE: 06/25/08
                                                     PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                      INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 25, 2008

ACCOUNT NUMBER : D99370              BED/CELL NUMBER: 3C01000000000214L
ACCOUNT NAME   : CLARK, RAYMOND         ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                           TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
  DATE      HOLD
  PLACED    CODE      DESCRIPTION            COMMENT        HOLD AMOUNT
  ------    ----     -------------------    ----------     ------------
 06/24/2008  H118    LEGAL COPIES HOLD      5063 06 20         3.50

                          TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT     HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS     BALANCE    BALANCE     TO BE POSTED
 ---------   ----------    -----------    --------   --------   --------------
    0.00         0.00          0.00          0.00       3.50           0.00


                                                CURRENT
                                               AVAILABLE
                                                BALANCE
                                              -----------
                                                  3.50-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-25-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE
     Acct. Clk II

REPORT ID: TS3030 .701                                              REPORT DATE: 06/25/08
                                                                    PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 NORTH KERN STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: DEC. 01, 2009 THRU JUN. 25, 2008

ACCOUNT NUMBER : D99370                    BED/CELL NUMBER:
ACCOUNT NAME   : CLARK, RAYMOND            ACCOUNT TYPE: T

CONTINUE FROM PREVIOUS PAGE 002

```
REPORT ID: TS3030  .701                              REPORT DATE: 06/25/08
                                                     PAGE NO:        1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           NORTH KERN STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2008 THRU JUN. 25, 2008


ACCOUNT NUMBER : D99370              BED/CELL NUMBER:
ACCOUNT NAME   : CLARK, RAYMOND      ACCOUNT TYPE: T
PRIVILEGE GROUP:
                          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
---------   ---------   -----------   --------   --------   ------------
   0.00       0.00         0.00         0.00       0.00         0.00

                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                    0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

RAYMOND CLARK #D-99370
BOX 3491, 3CI-214-Low
Corcoran, CA. 93212

CORCORAN STATE PRISON

STATE POSTAGE
STATE PRISON CORCORAN
07/21/2008

UNITED STATES COURTHOUSE
450 Golden Gate Avenue
San Francisco, CA. 94102

Legal Mail



US POSTAGE
$00.000
06/16/2008
016H2650416S

CORCORAN STATE PRISON
CCI RW Ryder  7.18.08