RAYMOND CLARK
P.O.BOX # 3471, 3C1-214L
CORCORAN, CA. 93212
C.D.C.#D-99370
PRO-SE

**FILED**

AUG 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUG 07 2008

IN THE UNITED STATES COURT OF APPEAL 9th CIR.

RAYMOND CLARK,
   Plaintiff

v.

JOHN F. SCHUCK,
   Defendant

Case No. CV-08-2547 JWCPR

NOTICE OF APPEAL

Please be advised that the Plaintiff hereby appeals to the United States Court of Appeals for the Ninth Circuit from the actions of the Northern District Court.

The issues on appeal are:
Violations of Title 28 U.S.C.A. § 372 (c)(1); and
Title 18 U.S.C.A. § 1962 (c)(d) Conspiracy U.S. v. Freck, 179 F.3d. 793.

August 04, 2008

Respectfully Submitted
/S/ Raymond Clark

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, _Raymond Clark_ DECLARE UNDER PENALTY OF PERJURY THAT:
I AM THE _Plaintiff_ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _4th_ DAY OF _August_ 2008
AT CORCORAN, CALIFORNIA.

(SIGNATURE) _Raymond Clark_
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I _Raymond Clark_ AM A RESIDENT OF STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON _Aug. 4th_ 2008 IS SERVED THE FOREGOING.

_Notice of Appeal_

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

_U.S. Court of Appeals_
_95 Seventh Street_
_San Francisco, CA._

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _Aug. 4th_ 2008

_Raymond Clark_
(DECLARANT/PRISONER)