IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DONALD CLARK, ) <br>           Plaintiff, ) <br>   vs. ) <br> ) <br> JOHN F. SCHUCK, ) <br>           Defendant. ) | No. C 08-02547 JW (PR) <br><br> JUDGMENT |

    For the reasons stated on the order of dismissal, this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(a). Judgment is entered accordingly.

    The clerk shall close the file.

DATED: August 12, 2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\Clark02547_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND D. CLARK,

        Plaintiff,

  v.

JOHN F. SCHUCK,

        Defendant.

Case Number: CV08-02547 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/14/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Donald Clark D-99370
California State Prison - Corcoran
P. O. Box 8800
Corcoran, Ca 93212

Dated:   8/14/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk