UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 18, 2008

**CASE INFORMATION:**
Short Case Title:  RAYMOND D. CLARK -v- JOHN F. SCHUCK
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: ***San Jose Division, Judge James Ware***
Criminal and/or Civil Case No.:  CV 08-02547 JW
Date Complaint/Indictment/Petition Filed: ***5/20/08***
Date Appealed order/judgment *entered* ***Violations***
Date NOA *filed* ***8/11/08***
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)          ☐ denied in full (send record)
                            ☐ granted in part (attach order)          ☐ pending

Court Reporter(s) Name & Phone Number:
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                              Date Docket Fee Billed:
Date FP granted: 8/14/08                           Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                 Appellee Counsel:
Raymond Donald Clark
D-99370
California State Prison - Corcoran
P. O. Box 8800
Corcoran, Ca 93212
PRO SE


☐ retained   ☐ CJA   ☐ FPD   ☒ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                       Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:
Name & Phone Number of Person Completing this Form: ***Cindy Vargas***